FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW STAWICKI,<br><br>                Plaintiff,<br><br>vs.<br><br>CLAYTON MYERS, et al.,<br><br>                Defendants. | NO: 1:24-CV-3125-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

    BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 4). The parties agree that Plaintiff's claims against all Defendants be dismissed with prejudice and without costs. The Court has reviewed the record and files herein and is fully informed.

    According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Stipulation of Dismissal, ECF No. 4, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to the parties, and **CLOSE** the file.

DATED November 5, 2025.



THOMAS O. RICE
United States District Judge